Theodore Gerald MELICK, Appellant,

v.

The STATE of Texas, Appellee (2 cases).

Nos. 39969, 39970.

Court of Criminal Appeals of Texas.

Dec. 14, 1966.

Thurman Fred SLOAN, Appellant,

v.

The STATE of Texas, Appellee.

No. 39819.

Court of Criminal Appeals of Texas.

Nov. 23, 1966.

Rehearing Denied Dec. 31, 1966.

No attorney on appeal for appellant.

Carol S. Vance, Dist. Atty., James C. Brough, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Judge.

The offense is kidnapping (Art. 1177 Vernon's Ann.P.C.); the punishment, a fine of $1000.00.

Trial was before the court on a plea of guilty.

Notice of appeal was given after January 1, 1966.

No error was assigned by brief filed in the trial court and nothing is presented for review.

The judgment is affirmed.